IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARY S. CARDELL,**

      **Plaintiff,**

v.     Case No. 3:11cv359/MCR/CJK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 23, 2012 (doc. 15).  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The applications for disability insurance benefits and supplemental security income is **DENIED** and the Commissioner's decision is **AFFIRMED**.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 23rd day of June, 2012.


*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:11cv359/MCR/CJK